**FILED**
**NOVEMBER 7, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**07 C 6320**

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, ) a Delaware Limited Liability Company, ) DD IP HOLDER LLC, ) a Delaware Limited Liability Company, ) BASKIN-ROBBINS FRANCHISED SHOPS LLC, ) a Delaware Limited Liability Company, and ) BR IP HOLDER LLC, ) a Delaware Limited Liability Company, ) ) Plaintiffs, ) ) v. ) ) TEJANY & TEJANY, INC., ) an Illinois Corporation, ) SARDINIA, INC., ) an Illinois Corporation, ) NAVEED & FARIDA, INC., ) an Illinois Corporation, ) KHURSHID & ZULFIQUAR, INC., ) an Illinois Corporation, ) NAVROZ, INC., ) an Illinois Corporation, ) NAVEED & NALEENA, INC., ) an Illinois Corporation, ) AL-KARIM, INC., ) an Illinois Corporation, ) AL-FATIMA, INC., ) an Illinois Corporation, ) SANKAR RAHIM, INC., ) an Illinois Corporation, ) SHAKER KHANOO, INC., ) an Illinois Corporation, ) FATIMA & FARIDA, INC., ) an Illinois Corporation, ) SUNROSE, INC., ) an Illinois Corporation, ) ROYAL CROWN, INC., ) an Illinois Corporation, ) INARA, INC., ) | **JUDGE DARRAH**<br>**MAGISTRATE JUDGE VALDEZ**<br><br>**LI**<br><br><br>C.A. No. _____ |

|   |   |
|---|---|
| an Illinois Corporation, | ) |
| SABEEN, INC., | ) |
| an Illinois Corporation, | ) |
| NAVEED & SUNENA, INC., | ) |
| an Illinois Corporation, | ) |
| NOORUDDIN SADRUDDIN, | ) |
| an Illinois Resident, | ) |
| PYARALI KHOJA, | ) |
| an Illinois Resident, | ) |
| NOORALI ALI, | ) |
| an Illinois Resident, | ) |
| MANU PATEL, | ) |
| an Illinois Resident, and | ) |
| JAFFAR A. KHOWAJA, | ) |
| an Illinois Resident, | ) |
|   | ) |
| Defendants. | ) |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Federal Rule 7.1, Plaintiff Dunkin' Donuts Franchised Restaurants LLC ("Dunkin' Donuts" or "Dunkin'"), DD IP Holder LLC, Baskin-Robbins Franchised Shops LLC ("Baskin-Robbins"), and BR IP Holder LLC makes the following statement identifying all its parent corporations, and listing any publicly held company that owns 10% or more of Dunkin' Donuts' stock:

Plaintiff Dunkin' Donuts, a Delaware limited liability company, operates a franchise system under the trade name "Dunkin' Donuts." Dunkin' Donuts is a wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc. DD IP Holder LLC, a Delaware limited liability company, is a wholly owned subsidiary of Dunkin' Donuts Brands, Inc., and owns all of Dunkin' Donuts Franchised Restaurants LLC's U.S. trademarks. Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and

2

doughnut shops under the name "Mister Donut."

Baskin-Robbins, a Delaware limited liability company, operates a franchise system under the trade name "Baskin-Robbins." Baskin-Robbins is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc. BR IP Holder LLC, a Delaware limited liability company, is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc., and owns all of Baskin-Robbins Franchised Shops LLC's U.S. trademarks.

Plaintiffs are unaware of any publicly held company that owns 10% or more of Plaintiffs' stock. Plaintiffs are also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

Respectfully submitted,

s/ Roger H. Stetson
W. Scott Porterfield
Roger H. Stetson
BARACK FERRAZZANO KIRSCHBAUM
 & NAGELBERG LLP
200 West Madison Street
Suite 3900
Chicago, Illinois 60606
(312) 984-3100

*Attorneys for Plaintiffs*
Dunkin' Donuts Franchised Restaurants LLC,
DD IP Holder LLC,
Baskin-Robbins Franchised Shops LLC, and
BR IP Holder LLC

3

          Robert L. Zisk
          David E. Worthen
          GRAY, PLANT, MOOTY, MOOTY
           & BENNETT, P.A.
          2600 Virginia Avenue, N.W.
          Suite 1111
          Washington, DC 20037
          Telephone: (202) 295-2200
          Facsimile: (202) 295-2250

          Of Counsel

Dated: November 7, 2007