UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TEJANY & TEJANY, INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07cv6320<br>)<br>) Judge Darrah<br>)<br>)<br>) |

### NOTICE OF MOTION

To:

| | |
|---|---|
| TEJANY & TEJANY, INC. | FATIMA & FARIDA, INC. |
| SARDINIA, INC. | SUNROSE, INC. |
| NAVEED & FARIDA, INC. | ROYAL CROWN, INC. |
| KHURSHID & ZULFIQUAR, INC. | INARA, INC. |
| NAVROZ, INC. | SABEEN, INC. |
| NAVEED & NALEENA, INC. | NAVEED & SUNEA, INC. |
| AL-KARIM, INC. | NOORUDDIN SADRUDDIN |
| AL-FATIMA, INC. | PYARALI KHOJA |
| SANKAR RAHIM, INC. | NOORALI ALI |
| SHAKER KHANOO, INC. | MANU PATEL |
|  | JAFFAR A. KHOWAJA |

PLEASE TAKE NOTICE that on November 15, 2007 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, in the room usually occupied by him (Room 1288), 219 South Dearborn Street, Chicago, Illinois and shall present Plaintiffs' Motion for a Preliminary Injunction.

Respectfully submitted,

s/ Roger H. Stetson
W. Scott Porterfield
Roger H. Stetson
BARACK FERRAZZANO KIRSCHBAUM

NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100
Facsimile: (312) 984-3150

*Attorneys for Plaintiffs*
Dunkin' Donuts Franchised Restaurants LLC, DD IP Holder LLC, Baskin-Robbins Franchised Shops LLC, and BR IP Holder LLC

Robert L. Zisk
David E. Worthen
GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037
Telephone: (202) 295-2200
Facsimile: (202) 295-2250

Of Counsel

Dated: November 9, 2007

## CERTIFICATE OF SERVICE

I, Roger H. Stetson, an attorney, hereby state under oath that I caused a copy of the foregoing **PLAINTIFFS' NOTICE OF MOTION, MOTION FOR A PRELIMINARY INJUNCTION and MEMORANDUM IN SUPPORT** to be served on:

| | |
|---|---|
| TEJANY & TEJANY, INC. | FATIMA & FARIDA, INC. |
| SARDINIA, INC. | SUNROSE, INC. |
| NAVEED & FARIDA, INC. | ROYAL CROWN, INC. |
| KHURSHID & ZULFIQUAR, INC. | INARA, INC. |
| NAVROZ, INC. | SABEEN, INC. |
| NAVEED & NALEENA, INC. | NAVEED & SUNEA, INC. |
| AL-KARIM, INC. | NOORUDDIN SADRUDDIN |
| AL-FATIMA, INC. | PYARALI KHOJA |
| SANKAR RAHIM, INC. | NOORALI ALI |
| SHAKER KHANOO, INC. | MANU PATEL |
| | JAFFAR A. KHOWAJA |

via UPS OVERNIGHT on the 9th day of November, 2007.

s/ Roger H. Stetson
Roger H. Stetson