# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6320 | **DATE** | 11/15/2007 |
| **CASE TITLE** | Dunkin Donuts vs. Tejany & Tejany | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for a preliminary injunction [7] is entered and continued to 11/29/07 at 9:00 a.m. The Court will set the time to file responsive pleadings at the 11/29/07 status hearing.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|