IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC**, a Delaware limited liability company; **DD IP HOLDER LLC**, a Delaware limited liability company; **BASKIN-ROBBINS FRANCHISED SHOPS LLC**, a Delaware limited liability company; and **BR IP HOLDER LLC**, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) Case no. 1:07-cv-06320 |
| Plaintiffs, | ) ) Judge Darrah ) ) Magistrate Judge Valdez |
| v. | ) ) |
| **TEJANY & TEJANY, INC.**, an Illinois corporation; **SARDINIA, INC.**, an Illinois corporation; **NAVEED & FARIDA, INC.**, an Illinois corporation; **KHURSHID & ZULFIQUAR, INC.**, an Illinois corporation; **NAVROZ, INC.**, an Illinois corporation; **NAVEED & NALEENA, INC.** an Illinois corporation; **AL-KARIM, INC.**, an Illinois corporation; **AL-FATIMA, INC.**, an Illinois corporation; **SANKAR RAHIM, INC.**, an Illinois corporation; **SHAKER KHANOO, INC.** an Illinois corporation; **FATIMA & FARIDA, INC.**, an Illinois corporation; **SUNROSE, INC.**, an Illinois corporation; **ROYAL CROWN, INC.**, an Illinois corporation; **INARA, INC.**, an Illinois corporation; **SABEEN, INC.**, an Illinois corporation; **NAVEED & SUNENA, INC.**, an Illinois corporation; **NOORUDDIN SADRUDDIN**, an Illinois resident; **PYARALI KHOJA**, an Illinois resident; **NOORALI ALI**, an Illinois resident; **MANU PATEL**, an Illinois resident; and **JAFFAR A. KHOWAJA**, an Illinois resident., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF FILING**

## NOTICE OF FILING

To: NAGELBERG LLP
200 W. Madison St.
Suite 3900
Chicago, IL 60606
Facsimile: 312-984-3150

Rober L. Zisk
David E. Worthen
Gray, Plant, Mooty, Mooty & Bennett, PA
2600 Virginia Ave., N.W.
Suite 1111
Washington, D.C, 20037
Facsimile: 202-295-2250

    PLEASE TAKE NOTICE that on **November 28, 2007**, I electronically filed with the Clerk of the Court

**JAFFAR A. KHOWAJA'S APPEARANCE**

a copy of which will be electronically mailed to you by the Court and if you are not part of the electronic filing system, will be delivered by other methods.

                                                /s/ Eugene T. Sherman

Marty J. Schwartz
ARDC No. 03124462
Three First National Plaza
Suite 3700
Chicago, IL 60602
Tel. 312.558.4293
Fax 312.558.7750

2

**CERTIFICATE OF SERVICE**

I, Marty J. Schwartz, an attorney, certify that on November 28, 2007, I served a true and correct copy of the foregoing **Notice of Filing** and **Appearance** to above-named attorneys who are registered to receive electronic filings, electronically by operation of the Clerk of the U.S. District Court's Electronic Case Filing (ECF):

in accordance with the General Order on Electronic Case Filing which documents the parties may access through the Court's ECF.

                                                   /s/ Eugene T. Sherman