# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Dunkin' Donuts Franchised Restaurants LLC, et al.

                                              Plaintiff,

v.

Case No.: 1:07−cv−06320

Honorable John W. Darrah

Tejany & Tejany, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 29, 2007:

      MINUTE entry before Judge Maria Valdez :Emergency Magistrate Judge Status hearing held on 11/29/2007. Settlement Conference set for 12/4/2007 at 02:00 PM. Parties are directed to submit a demand letter with response no later than the morning of 12/4/07. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.