**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Dunkin' Donuts Franchised Restaurants LLC, et al.

                                    Plaintiff,

v.                                                                                Case No.: 1:07−cv−06320

                                                                                Honorable Maria Valdez

Tejany & Tejany, Inc., et al.

                                    Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Maria Valdez for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: December 3, 2007

                                                                                  /s/ Maria Valdez

                                                                   United States District Judge