## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Dunkin' Donuts Franchised Restaurants LLC, et al.

                                                 Plaintiff,

v.                                                                                                Case No.: 1:07−cv−06320

                                                                                                     Honorable Maria Valdez

Tejany & Tejany, Inc., et al.

                                                Defendant.

### ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Maria Valdez for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: November 29, 2007

                                                                         /s/ Maria Valdez

                                                               United States District Judge