**ClientCaseID:** PORTERFIELD  
**Law Firm ID:** BARACK


*168307A*

**CaseReturnDate:** 11/28/07

Affidavit of Special Process Server

## UNITED STATES BANKRUPTCY COURT

Case Number **07C6320**

**I, TERRENCE RYAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**  
ON THE WITHIN NAMED DEFENDANT **FATIMA & FARIDA, INC.**  
PERSON SERVED **NOORUDDIN SADRUDDIN, AGENT**  
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **11/13/07**  
SUBJECT WAS SERVED AT THE PARKING LOT OF BENNIGAN'S RESTAURANT PER HIS REQUEST.

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE  **Race** EAST INDIAN  **Age** 50  
**Height** 5'10"  **Build** MEDIUM  **Hair** BLACK

**LOCATION OF SERVICE** 17W460 22ND ST. OAK BROOK TERRACE, IL,

Date Of Service  11/13/07    Time of Service  6:20 PM

TERRENCE RYAN   11/14/2007
Special Process Server
P.E.R.C. #129-238426

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.