Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6320 | DATE | 12/18/2007 |
| CASE TITLE | Dunkin' Donuts Franchised Restaurants vs. Tejany & Tejany | | |

**DOCKET ENTRY TEXT**

Enter Consent Order. Preliminary injunction hearing set for 1/15/08 at 2:00 p.m. is vacated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|