

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEJANY & TEJANY, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07cv6320 <br> ) <br> ) Judge Darrah <br> ) <br> ) <br> ) |

## STIPULATION MODIFYING CONSENT ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the Consent Order dated December 4, 2007, is hereby modified as follows:

1.  Paragraph 3 is amended to state:

Defendants are enjoined to deidentify their franchises located 1200 75th Street, Downer's Grove, IL and 890 E. Main Street, East Dundee, IL by no later than January 22, 2008 according to Plaintiffs' deidentification guidelines.

2.  Paragraph 4 is amended to state:

With regard to the franchise located at 407 S. Lincolnway, North Aurora, IL (the "North Aurora Shop"), Defendants shall secure an acceptable lease with the prospective purchaser and shall close in escrow on January 15, 2008, with the effective closing on the transfer of the franchise by no later than January 22, 2008. In advance of closing, Defendants are enjoined to take all steps necessary to close on the transfer, as identified in paragraph 2 of the Consent Order. In the event that Defendants are unable to secure an

acceptable lease or escrow close by January 15, 2008, or effective close by January 22, 2008, Defendants are enjoined to deidentify the North Aurora Shop by January 22, 2008.

3. Paragraph 5 is amended to state:

With regard to the franchise located at 3019 Wolf Road, Westchester, IL, Defendants shall close in escrow on January 15, 2008, with the effective closing on the transfer of the franchise by no later than January 22, 2008. In advance of closing, Defendants are enjoined to take all steps necessary to close on the transfer, as identified in paragraph 2 of the Consent Order.

4. Except as modified above, all other terms and conditions of the Consent Order shall remain in effect.

SIGNED AND ENTERED this 15th day of January, 2008.

_____
United District Court Judge