# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6320 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Dunkin Donuts vs. Tejany & Tejany | | |

**DOCKET ENTRY TEXT**

Minute entry of 6/19/2008, having been entered in error, is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|